UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DANIEL CAMPBELL | ) **CIVIL ACTION NO.** |
| | ) **3:11-cv-00462-GCM** |
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| UNIFIED ASSET SOLUTIONS, LLC | ) |
| AND JOHNNY CHEBAT | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS GIVEN** that Plaintiff hereby files with the Clerk of the District Court, Western District of North Carolina, Plaintiff's Voluntary Dismissal of this case with Prejudice.

DATED this 15th day of February, 2012.

Respectfully submitted,

/s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com
ATTORNEYS FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, using the electronic case filing system of the court.

/s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com
ATTORNEYS FOR PLAINTIFF